**Roy Dean GLOVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54744.**

Missouri Court of Appeals, Western District.

April 28, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Roy Dean Glover appeals the judgment of the circuit court dismissing his Rule 24.035 motion for being filed out of time.

Affirmed. Rule 84.16(b).

■

**Dennis L. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54776.**

Missouri Court of Appeals, Western District.

April 28, 1998.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appellant pled guilty to one count of attempted possession of cocaine, and was sentenced to four years imprisonment. Execution of his sentence was suspended and he received five years probation. Appellant violated his probation and his previous sentence of four years imprisonment was executed. Appellant was delivered into the custody of the Missouri Department of Corrections and five months later filed his Rule 24.035 motion for postconviction relief. The motion was dismissed as untimely.

Judgment affirmed. Rule 84.16(b).